**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| **KOLOGIK, LLC, ET AL.**[1] | **CASE NO. 24-10311** |
| **DEBTORS** | **CHAPTER 11** |
| | **(JOINT ADMINISTRATION)** |

**ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS**

Considering that certain *Ex Parte Motion for Extension of Time for Filing Schedules and Statements* (P-96) (the "Motion") filed by the Debtors in these Chapter 11 Cases for the entry of an order affording the Debtors an extension of time to file Schedules and Statements of Financial Affairs, the consent of the United States Trustee, and good cause shown to grant the requested relief on an ex parte basis:

**IT IS ORDERED** that the deadline for the Debtors to file Schedules and Statements of Financial Affairs shall be extended to May 13, 2024.

Baton Rouge, Louisiana, May 7, 2024.

**/s/ Michael A. Crawford**
MICHAEL A. CRAWFORD
UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors and debtors in possession these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of their respective Employer Identification Numbers, are as follows: Kologik, LLC (3729), Case No. 24-10311; Kologik Capital, LLC (3729) Case No. 24-10312; and Kologik Capital II, LLC (3729), Case No. 24-10313. The Debtors' mailing address is: 300 Main St., Ste. #2200, Baton Rouge, LA, 70801.